SUCCESSION OF WILLIAM CARNEY.—Opposition of JOHN McKOWEN, Tes- tamentary Executor, to the application of JOHN McGUIRE for ad- ministration.

The District Court of the place of opening a succession, according to law, is the proper court in which to institute a demand for administration.

APPEAL from the District Court of the Parish of West Feliciana, *Ratliff*, J. *Lacy & Ratliff*, for *McGuire*. *Bowman & Powell*, for *McKowen*, appellant.

BUCHANAN, J. *John McGuire*, who was partner in business of the deceased *William Carney*, applied to the District Court of the parish of West Feliciana, for letters of administration upon said *Carney's* portion of the partnership effects.

*John McKowen*, executor of the last will of said *Carney*, probated in the Dis- trict Court of East Feliciana, filed an opposition to this application, on the ground that *Carney* was domiciled, at the time of his death, in the parish of East Feliciana; and consequently that the application was *coram non judice*.

The question of *Carney's* domicil was decided by us as having been in East Feliciana in a case between the same parties, growing out of these same pro- ceedings, in the month of March last, not yet reported.

The place of the opening of this succession, according to law, was the parish of East Feliciana. C. C. 929. The District Court of that parish was the proper court, therefore, in which to institute a demand for administration.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Dis- trict Court be reversed; that the opposition of appellant be maintained; and that the application of the appellee for administration, be dismissed at his costs in both courts.